720

In the Matter of LANDON R. ZUCKERMAN, Petitioner. BERNARD J. WESNOFSKE, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

ANTHONY B. CATALDO, Appellant, v. LESLIE J. BUGLASS, Individually and as a Member of the Executive Committee of the Association of Average Adjusters of the United States, et al., Respondents, et. al., Defendants.—

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

JEHUDA GLAZER et al., Respondents, v. ALISON HOMES CORP. et al., Defendants, and HARRY L. SEATON et al., Appellants.—

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur. [62 Misc 2d 1017.]